UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

In the Matter of:

   Yoram Rozenberg

_____

**ORDER**

It appearing that Yoram Rozenberg, both in his individual capacity and in his capacity as an officer or director of several different entities, may have violated an agreement with the U.S. Trustee as approved by order of this Court, which apparent violation requires the institution of additional proceedings, it is hereby

**ORDERED** that the Clerk's Office open a Miscellaneous Proceeding styled "In re Rozenberg" for purposes of conducting further proceedings regarding this matter.

ENTERED:     4/22/16

                                            /s/ Kevin R. Huennekens
                                     UNITED STATES BANKRUPTCY JUDGE

                                   Entered on Docket:  4/22/16