UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

In the Matter of:

       Yoram Rozenberg

MP No.: 16-00301-KRH

_____

**ORDER TO SHOW CAUSE**

On March 4, 2016, (the "Petition Date") William Thomas Hudgins Jr. (the "Debtor"), filed a voluntary petition under Chapter 7 of the Bankruptcy Code (the "Petition"). On Official Form 11 annexed to the Petition, Gretchen Santoro, a bankruptcy petition preparer employed by Legal Aid Administration Document Preparation LLC, purported to certify on January 22, 2016 that she had been paid $200.00 to help prepare the Debtor's Petition and related bankruptcy schedules. Also, on March 4, 2016, the Debtor filed an application have the Chapter 7 filing fee waived in his case (the "Fee Application"). The Court set for the Fee Application for a hearing on March 30, 2016.

Prior to the Petition Date, the Office of the United States Trustee (the "U.S. Trustee"), filed a complaint, initiating an adversary proceeding, against Yoram Rozenberg, Legal Aid Administration Document Preparation LLC and two other related companies. Mr. Rozenberg is an owner or officer of Legal Aid Administration Document Preparation LLC and the two related companies. The U.S. Trustee's complaint sought damages and injunctive relief for misconduct in connection with bankruptcy petition preparer services rendered by Mr. Rozenberg and his companies. At an initial pre-trial conference on January 13, 2016, the U.S. Trustee asked the Court to continue the pre-trial conference, and represented to the Court that the parties had already agreed to settle the adversary proceeding and were working on a formal consent order.

At the continued pre-trial conference on February 24, 2016, the U.S. Trustee again represented to the Court that an agreement in principal had been reached with Mr. Rozenberg and a consent order had been sent to Mr. Rozenberg for his endorsement. On March 25, 2016, the Court entered a consent order resolving the adversary proceeding whereby Mr. Rozenberg and his companies would be permanently enjoined from acting as a bankruptcy petition preparer in the Eastern District of Virginia as defined in § 110 of the Bankruptcy Code (the "Consent Order").

On March 30, 2016, the Court conducted a hearing on the Debtor's Fee Application (the "Hearing"). At the Hearing, the Debtor appeared and testified that he could not afford the filing fee, and had paid $200.00 to Ms. Santoro and Legal Aid Administration Document Preparation LLC because he believed them to be a legal aid group. The U.S. Trustee also appeared at the hearing and represented to the Court that although the Consent Order was entered after the Petition Date, there was an agreement between the U.S. Trustee and Mr. Rozenberg prior to the Petition Date that prohibited Mr. Rozenberg and his companies from offering bankruptcy services in the Eastern District of Virginia. The U.S. Trustee requested that the Court issue an order to show cause. At the conclusion of the hearing, the Court granted the Fee Application.

In consideration whereof, it is

**ORDERED** that Yoram Rozenberg, and Legal Aid Administration Document Preparation LLC shall appear before the Court on **Wednesday, May 18, 2016 at 2:00 p.m.** in Judge Huennekens' Courtroom, Room 5000, U.S. Courthouse, 701 East Broad Street, Richmond, VA 23219, and show cause why they should not be sanctioned for violating their agreement with the Office of the United States Trustee.

ENTERED: Apr 22 2016

/s/ Kevin R. Huennekens
UNITED STATES BANKRUPTCY JUDGE

Entered on Docket: 4/22/16

Copies to:

**Legal Aid Administration Document Preparation, LLC**
23123 State Road 7
Boca Raton, FL 33428

**Yoram Rozenberg**
19292 Cherry Hills Terrace
Boca Raton, FL 33498

**Robert Van Arsdale**
Office of the U.S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219